UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALEXANDER SOTO,

          Petitioner.

  -against-

CHARLOTTE SELTZER, Executive Director and
CREEDMOOR PSYCHIATRIC CENTER,

          Respondents.
------------------------------------------------------------ X

05 CV 3739 (ARR)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

      On December 22, 2005, pro se petitioner Alexander Soto, who has filed a habeas corpus petition in this court, submitted a motion for a preliminary injunction to bar respondent Creedmoor Psychiatric Center from medicating petitioner over his objection. The court directs respondent to file a response to petitioner's motion for a preliminary injunction no later than January 9, 2006. Also, in light of petitioner's multiple motions for immediate injunctive relief, the court orders the following, more abbreviated,[1] briefing schedule for the habeas corpus petition: Respondent must file its response by January 9, 2006; petitioner's reply, if any, is due on January 20, 2006. The court notes that should petitioner submit his reply earlier than January 20th, the court will expeditiously adjudicate his claims.

SO ORDERED.

                                                    Allyne R. Ross
                                                    United States District Judge

Dated: January 3, 2006
       Brooklyn, New York

---

[1] By order dated December 2, 2005, the court directed respondent to file its response by January 13, 2006 and petitioner to file its reply, if any, by February 13, 2006.

1

SERVICE LIST:

<u>Pro Se</u> Petitioner
Alexander Soto
15-39 Lexington Avenue, Apt.# 13A
New York, NY 10029

<u>Respondent</u>
Chelsea Helene Chaffee
New York State Attorney General
120 Broadway
New York, NY 10271