UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ALEXANDER SOTO,                                         :        05 CV 2407 (ARR)

                         Petitioner.                    :
                                                        :        NOT FOR
                                                        :        PUBLICATION
    -against-                                           :
                                                        :        ORDER
CHARLOTTE SELTZER, Executive Director and               :
CREEDMOOR PSYCHIATRIC CENTER,                           :
                                                        :
                         Respondents.                   :
-------------------------------------------------------------- X

ROSS, United States District Judge:

On January 9, 2006, respondent filed a motion to file its memorandum of law, declaration
in opposition, and any other materials related to the above-captioned case under seal.
Respondent contended that a sealing order was necessary to protect petitioner's privacy because
respondent had filed documents with the court relating to petitioner's mental health. See Chaffee
Decl. ¶ 5. By order dated January 10, 2006, the court directed petitioner to file his opposition, if
any, to respondent's motion by January 20, 2006. Petitioner did not file an opposition by January
20, 2006 and, thus, the court granted respondent's motion. On January 31, 2006, petitioner filed
his opposition to respondent's motion to seal. Despite the fact that petitioner's opposition is
untimely, the court vacates its order to seal. It is unnecessary to seal the records related to
this case because petitioner's opposition invalidates the only basis of the sealing order (i.e.,
petitioner's privacy interest). Accordingly, the court orders the Clerk of the Court to unseal the
files in the above-captioned case.

SO ORDERED.


                                                _____
                                                Allyne R. Ross
                                                United States District Judge


Dated: March 3, 2006
       Brooklyn, New York


1

SERVICE LIST:

*Pro Se* Petitioner
Alexander Soto
15-39 Lexington Avenue, Apt.# 13A
New York, NY 10029

<u>Respondent</u>
Chelsea Helene Chaffee
New York State Attorney General
120 Broadway
New York, NY 10271