UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER SOTO,

                              Petitioner,

    -against-

CHARLOTTE SELTZER, Executive Director and
CREEDMOOR PSYCHIATRIC CENTER,

                              Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2407 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 23, 2006, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
         May 26, 2006

                                                    ROBERT C. HEINEMANN
                                                  Clerk of Court